IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC, | § § § | |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § | |
| ACER INC. AND ACER AMERICA CORPORATION, | § § § | C.A. NO. 6:21-cv-01379-ADA |
| Defendants. | § § § | |

## CASE READINESS STATUS REPORT

Plaintiff Monument Peak Ventures, LLC and Defendants Acer Inc. and Acer America Corp., hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

A *Markman* hearing has been initially scheduled for October 11, 2022 (23 weeks after the CMC).

A trial date is not yet proposed.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on December 29, 2021. There has been one extension for a total of 83 days.

## RESPONSE TO THE COMPLAINT

On April 12, 2022, Defendants responded to the Complaint by filing an Answer. Defendants did not assert counterclaims.

## PENDING MOTIONS

There are no pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no other cases in this Judicial District that involve a common patent.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted 5 patents and a total of 87 claims. The asserted patent(s) are U.S. Patent Nos. 6,904,451; 6,985,158; 7,233,684; 7,444,017; 8,841,972.

## APPOINTMENT OF TECHNICAL ADVISOR

The Parties defer to the Court on whether to appoint a technical advisor to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The Parties have no pre-Markman issues to raise at the CMC.

Dated: April 19, 2022

| By: /s/ Eric H. Findlay | By: /s/ *Patrick J. Conroy* |
|---|---|
| Eric H. Findlay | Patrick J. Conroy |
| State Bar No. 00789886 | Texas Bar No. 24012448 |
| Brian Craft | T. William Kennedy Jr. |
| State Bar No. 04972020 | Texas Bar No. 24055771 |
| FINDLAY CRAFT, P.C. | Jon Rastegar |
| 102 N. College Ave. Suite 900 | Texas Bar No. 24064043 |
| Tyler Texas 75702 | |
| Tel: (903) 534-1100 | **NELSON BUMGARDNER CONROY PC** |
| Fax: (903) 534-1137 | 2727 North Harwood Street, Suite 250 |
| efindlay@findlaycraft.com | Dallas, TX 75201 |
| bcraft@findlaycraft.com | Tel: (214) 446-4950 |

| | |
|---|---|
| Craig Kaufman (CA Bar No. 159458)<br>Jerry Chen (CA Bar No. 229318)<br>TECHKNOWLEDGE LAW GROUP LLP<br>20660 Stevens Creek Blvd., Suite 381<br>Cupertino, CA  95014<br>Tel: (650) 517-5200<br>Fax: (650) 562-8054<br>ckaufman@tklg-llp.com<br>jchen@tklg-llp.com<br><br>**Attorneys for Defendants Acer Inc. and Acer America Corporation** | pat@nelbum.com<br>bill@nelbum.com<br>jon@nelbum.com<br><br>**Attorneys for Plaintiff**<br>**Monument Peak Ventures, LLC** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record on April 19, 2022 via the Court's CM/ECF system.

>                    */s/ Jon Rastegar*
>                    Jonathan H. Rastegar

3